RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Sherice Williams

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>SHERICE WILLIAMS,<br><br>                Defendant. | Case No. 2:15-CR-294-JAD-VCF<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Comes now the defendant, Sherice Williams, by and through her counsel of record, Raquel Lazo, Assistant Federal Public Defender, and hereby moves this court for an order to modify her conditions of pretrial release. This motion is supported by the following Memorandum of Points and Authorities.

DATED this 4th day of May, 2016.

RENE L. VALLADARES
Federal Public Defender

By:  */s/Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender
Attorney for Sherice Williams

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On October 28, 2015, Mrs. Williams was released on bond under Pretrial Services supervision with conditions. PR Bond (CR#13). Among those conditions, Mrs. Williams was ordered to surrender any passport to U.S. Pretrial Services. *Id.* Mrs. Williams does not have a passport. Accordingly, the parties request that this condition be removed. The parties further request that this court add as a condition of pretrial services supervision that Ms. Williams not obtain a passport or passport card.

2. Neither Pretrial Services Officer Cottman nor the government have any opposition to this modification request.

DATED this 4th day of May, 2016.

          RENE L. VALLADARES
          Federal Public Defender

          */s/ Raquel Lazo*
       By:_____
          RAQUEL LAZO
          Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>SHERICE WILLIAMS,<br><br>  Defendant. | Case No. 2:15-CR-294-JAD-VCF<br><br>**PROPOSED ORDER** |

   IT IS HEREBY ORDERED that Defendant Sherice Williams need not surrender her passport as she does not have one.

   IT IS HEREBY FURTHER ORDERED that Ms. Williams shall not obtain a passport or passport card.

   DATED this 9th day of May, 2016.

                                        _____
                                        **UNITED STATES MAGISTRATE JUDGE**

3

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 4, 2016, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
CRANE M. POMERANTZ
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

                                        */s/ Brandon Thomas*
                                        Employee of the Federal Public Defender