UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

SHERICE JOAN WILLIAMS,

           Defendant.

Case No. 2:15–cr–294–JAD–VCF

**ORDER**

      Before the court are Williams's motion to suppress (ECF No. 36), the Government's response (ECF No. 41), and Williams's reply (ECF No. 42).

      In her motion, Williams requested an evidentiary hearing in order to determine the specific wording of the *Miranda* warnings she was given. (ECF No. 36)  The Government insists that Williams was given the Henderson police department's standard *Miranda* warnings, but concedes that "the police reports in this case do not contain the specific text of the *Miranda* advisement given and the interview was not recorded." (ECF No. 41 at 11).  This court will hold an evidentiary hearing in order to determine the specific wording of any warnings Williams was given.

      ACCORDINGLY, and for good cause shown,

      IT IS HEREBY ORDERED that an evidentiary hearing on the above referenced motion is scheduled for 10:00 a.m., September 29, 2016, in courtroom 3D.

      IT IS SO ORDERED.

      DATED this 6th day of September, 2016.

                                                          CAM FERENBACH
                                                        UNITED STATES MAGISTRATE JUDGE