RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Sherice Williams

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SHERICE WILLIAMS,<br><br>        Defendant. | Case No. 2:15-cr-294-JAD-VCF<br><br>**UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS TO REMOVE TRAVEL RESTRICTION** |

Comes now the defendant, Sherice Williams, by and through her counsel of record, Raquel Lazo, Assistant Federal Public Defender, and hereby files this Unopposed Motion to Modify Pretrial Release Conditions to Remove Travel Restriction. This request is based on the Points and Authorities attached hereto.

DATED this 4th day of November, 2016.

                                    RENE L. VALLADARES
                                    Federal Public Defender

                            By:    */s/Raquel Lazo*
                                    RAQUEL LAZO
                                    Assistant Federal Public Defender
                                    Attorney for Sherice Williams

## POINTS AND AUTHORITIES

1) On October 28, 2015, Mrs. Williams was released on a PR Bond. *See* Bond (#13). Her restrictions included a travel restriction to Clark County, Nevada.

2) Mrs. Williams respectfully requests this condition be removed. Mrs. Williams would like to travel freely in order to visit her two sons, both of whom reside outside Clark County jurisdiction.

3) Mrs. Williams pretrial services officer, Jeff Cottam, has no opposition. The government similarly has no opposition.

DATED this 4th day of November, 2016.

Respectfully submitted,

By: */s/Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender
Attorney for Sherice Williams

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHERICE WILLIAMS,<br><br>　　　　Defendant. | Case No. 2:15-cr-294-JAD-VCF<br><br>**PROPOSED ORDER** |

　　　IT IS HEREBY ORDERED that Defendant Sherice Williams, is permitted to travel without restriction outside of the Clark County jurisdiction. However, Ms. Williams shall advise her Pretrial Services Officer in advance of any travel plans that will result in her absence from Clark County for more than two weeks at a time.

　　　DATED this 9th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on November 4, 2016, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS TO REMOVE TRAVEL RESTRICTION** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
JOHN PATRICK BURNS
LISA CARTIER-GIROUX
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

*/s/ Brandon Thomas*
Employee of the Federal Public Defender