RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Sherice Williams

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-294-JAD-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE** |
| v. | (First Request) |
| SHERICE WILLIAMS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Patrick Burns, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Sherice Williams, that the sentencing hearing currently scheduled for May 22, 2017 at the hour of 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel requires additional time to review the presentence investigation report with Mrs. Williams.  The requested time is also necessary to gather mitigation evidence and medical records pertinent to the presentence investigation report and sentencing.  The records have been requested but not yet received.

2.       The defendant is out of custody and the parties agree to the continuance.

This is the first request to continue the sentencing date filed herein.

DATED this 10th day of May, 2017.


RENE L. VALLADARES            STEVEN W. MYHRE
Federal Public Defender           Acting United States Attorney


*/s/ Raquel Lazo*                  */s/ Patrick Burns*
By_____    By_____
RAQUEL LAZO                 PATRICK BURNS
Assistant Federal Public Defender    Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

SHERICE WILLIAMS,

        Defendant.

Case No. 2:15-cr-294-JAD-VCF

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    Defense counsel requires additional time to review the presentence investigation report with Mrs. Williams. The requested time is also necessary to gather mitigation evidence and medical records pertinent to the presentence investigation report and sentencing. The records have been requested but not yet received.

2.    The defendant is out of custody and the parties agree to the continuance.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-294-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| SHERICE WILLIAMS, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, May 22, 2017 at the hour of 10:00 a.m, be vacated and continued to July 31, 2017 at the hour of 9:00 a.m.

DATED this 10th day of May, 2017.

_____

UNITED STATES DISTRICT JUDGE