RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wswlawlv.com
Attorney for Sherice Joan Williams

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:15-CR-00294-JAD-VCF |
| SHERICE JOAN WILLIAMS, | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO CONTINUE
HEARING ON REVOCATION OF RELEASE CONDITIONS
(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between, Defendant Sherice Joan Williams, by and through his counsel, Richard A. Wright, Esquire, of Wright Stanish & Winckler, and Plaintiff, United States of America, represented by Dayle Elieson, United States Attorney, and Patrick Burns, Assistant United States Attorney, that the revocation of release conditions hearing now set for Tuesday, May 29, 2018, at 11:00 a.m., be vacated and continued to a date and time to be set by this Honorable Court.

The continuance is at the request of the Defendant William due to defense counsel's unavailability due to travel and conflicts. Mr. Wright, will be out of the jurisdiction at the time of the current revocation hearing. Mr. Wright has oral arguments in the Second Circuit Court of

1 | Appeals in <u>United States v. William Walters</u>, Case No. 17-2373(L) on May 29, 2018.  Mr. Wright will be out of the jurisdiction the week of May 28, 2018.

Ms. Williams is in custody and concurs in this requested continuance.

This is the first request for a continuance of the hearing re revocation of release conditions in this case.

RESPECTFULLY SUBMITTED this 25th day of May, 2018.

| WRIGHT STANISH & WINCKLER | DAYLE ELIESON<br>UNITED STATES ATTORNEY |
|---|---|
| BY  /s/ Richard A. Wright<br>    RICHARD A. WRIGHT, ESQUIRE<br>    300 S. Fourth Street<br>    Suite 701<br>    Las Vegas, NV 89101<br>    Attorney for Defendant Williams | BY  /s/ Patrick Burns<br>    PATRICK BURNS<br>    Assistant U.S. Attorney<br>    District of Nevada<br>    501 Las Vegas Boulevard South<br>    Suite 1100<br>    Las Vegas, NV 89101 |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)  CASE NO. 2:15-CR-00294-JAD-VCF-1
  Plaintiff, )
)
  vs. )
)  **ORDER**
SHERICE JOAN WILLIAMS, )
)
  Defendant. )
_____ )

  Based on the Stipulation between Defendant Sherice Joan William, through counsel, and the Government, and good cause appearing therefore, the Court hereby orders that hearing on revocation of release conditions in the above-captioned matter be vacated and continued to June 12, 2018, at the hour of 11:00 a.m.

  DATED this 25th day of May, 2018.

_____
JENNIFER A. DORSEY
United States District Judge